THE GREAT ATLANTIC & PACIFIC TEA COMPANY V. SAMUEL P. WILLSON, CHIEF JUSTICE, ET AL.

Motion No. 9935. Decided January 6, 1932.
(45 S. W., 2d Series, 554.)

*Touchstone, Wright, Gormley & Price* and *Robert B. Holland,* all of Dallas, for relator.

PER CURIAM.—The relators have a complete remedy secured by writ of error by articles 1821 and 1728, Rev. Stats. Mandamus will no longer lie to require the Court of Civil Appeals to certify the question of conflict in this character of case; the former practice was based on the absence of such remedy. International & G. N. R. R. Co. v. Pleasants, 116 Texas, 568.

The motion for leave to file the petition for mandamus is therefore refused.